1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant KRAMER
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      )   No. CR-11-0837 RS (JCS)
                                  )
12              Plaintiff,        )   STIPULATION AND [PROPOSED]
                                  )   ORDER MODIFYING CONDITIONS OF
13                                )   PRETRIAL RELEASE
   v.                             )
14                                )
                                  )
15 ALEXANDER PETER KRAMER,        )
                                  )
16              Defendant.        )
   _____)
17

18      Defendant Alexander Peter Kramer was released on a $50,000 bond (secured by $25,000)

19 on October 13, 2011. At that time, he was placed on certain conditions of pretrial release,

20 including electronic monitoring and home confinement with only a limited ability to leave his

21 home. Those conditions were modified by this Court on November 17, 2011.

22      As Mr. Kramer is doing well on pretrial release and is still endeavoring to find

23 employment, the parties now stipulate and request that Mr. Kramer's conditions be modified to

24 maintain him on electronic monitoring, but to impose a curfew, rather than home confinement.

25 Specifically, the parties agree that Mr. Kramer's bond should be amended to provide as follows:

26      (1) The Defendant shall comply with the following curfew: 9:00pm to 7:00am; otherwise,

1  he is not restricted to his home or location. The Defendant shall continue to be subject to

2  electronic monitoring.

3       All other terms and conditions of the original bond are to remain in place.

4       The Pretrial Services Office has been consulted on this request and has no objection to

5  this proposed modification.

6       IT IS SO STIPULATED.

7

8   January 18, 2012                    /s/
    DATED                        OWEN MARTIKAN
9                                Assistant United States Attorney

10

    January 18, 2012                    /s/
11  DATED                        JODI LINKER
                                 Assistant Federal Public Defender
12

13

14       IT IS SO ORDERED.

15

16   1/18/12
    DATED                        JOSEPH C. SPERO
17                               United States Magistrate Judge

18

19

20

21

22

23

24

25

26

[Proposed] Order to Modify Cond. of Pretrial Release;
*US v. Kramer*, Case No. 11-0837 RS (JCS)            2