GEOFFREY A. HANSEN
Acting Federal Public Defender
JODI LINKER
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant KRAMER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-11-0837 RS |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE |
| v. | |
| ALEXANDER PETER KRAMER, | |
| Defendant. | |

The parties jointly request that, subject to the Court's approval, the status conference presently set for March 27, 2012 be continued to April 24, 2012 at 2:30 pm.

The parties are currently in negotiations over a potential resolution of this matter and believe that additional time is necessary to complete those negotiations. Additionally, defense counsel requires additional time to investigate legal and factual matters that are critical to the case and defense counsel is unavailable during the Court's normal criminal calendar for several weeks due to other work obligations. Accordingly, the parties jointly request that the status conference be continued from March 27, 2012 to April 24, 2012.

For the above reasons, the parties stipulate there is good cause – taking into account the

1 public interest in the prompt disposition of this case – to exclude the time from March 27, 2012
2 to April 24, 2012 from computation under the Speedy Trial Act, and that failing to exclude that
3 time would unreasonably deny the defendant and his counsel the reasonable time necessary for
4 effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §
5 3161(h)(7)(A) and (B)(iv).  The parties further agree that the ends of justice would be served by
6 excluding the time from March 27, 2012 to April 24, 2012 from computation under the Speedy
7 Trial Act and that the need for the exclusion outweighs the best interests of the public and the
8 defendant in a speedy trial.

9     IT IS SO STIPULATED.

11  March 19, 2012                              /s/
   DATED                                        OWEN MARTIKAN
12                                              Assistant United States Attorney

14  March 19, 2012                              /s/
   DATED                                        JODI LINKER
                                                Assistant Federal Public Defender

17     IT IS SO ORDERED.

19  3/20/12                                     [signature]
   DATED                                        RICHARD SEEBORG
20                                              United States District Judge

Stipulation & [Proposed] Order to Continue;
*US v. Kramer*, Case No. 11-0837 RS (JCS)            2