MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

OWEN P. MARTIKAN  (CABN 177104)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone:  (415) 436-7200
    Fax: (415) 436-7234
    E-Mail: owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR 11-0837 RS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER TO CONTINUE SENTENCING |
| v. ) | FROM JULY 17, 2012, TO JULY 31, 2012 |
| ) | |
| ALEXANDER PETER KRAMER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    This case is set for sentencing on Tuesday, July 17, 2012.  At the change of plea, government counsel inadvertently agreed to schedule the sentencing for a date when he was previously scheduled to be out of town.  The parties have therefore stipulated, and respectfully ask the Court to order, that the sentencing in this case be continued for two weeks, from July 17, 2012, to July 31, 2012.  Government counsel has contacted the Probation Officer regarding this

//

//

//

proposed continuance, and he has no objection.

SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: July 9, 2012                   /s/
                                       OWEN P. MARTIKAN
                                       Assistant United States Attorney

                                       GEOFFREY HANSEN
                                       Acting Federal Public Defender

DATED: July 9, 2012                   /s/
                                       JODI LINKER
                                       Assistant Federal Public Defender
                                       Attorneys for Alexander Kramer

### [PROPOSED] ORDER

Pursuant to the parties' stipulations and for good cause shown, the Court hereby orders that the sentencing hearing in this case be continued from July 17, 2012, until July 31, 2012, at 2:30pm.

SO ORDERED.

DATED: 7/10/12

                                       HON. RICHARD SEEBORG
                                       United States District Judge